IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-1841 (ABJ)<br>)<br>)<br>)<br>)<br>) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's November 6, 2018 Minute Order, Plaintiff Brennan Center for Justice at New York University School of Law and Defendant U.S. Department of Justice respectfully submit the following joint proposed schedule for further proceedings in this case:

1. Defendant shall file its motion for summary judgment on or before January 30, 2019

2. Plaintiff shall file its opposition and any cross-motion for summary judgment on or before February 27, 2019

3. Defendant shall file its reply and cross-opposition on or before March 27, 2019

4. Plaintiff shall file its reply on or before April 17, 2019

The parties respectfully request the Court to adopt this joint proposed schedule.

Dated: December 10, 2018                                   Respectfully submitted,


*/s/ Katherine M. Anthony*                                 JESSIE K. LIU,
Katherine M. Anthony                                       D.C. BAR # 472845
MA Bar No. 685150*                                         United States Attorney
(admitted *pro hac vice*)                                  for the District of Columbia
Austin R. Evers
D.C. Bar No. 1006999                                       DANIEL F. VAN HORN

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org
austin.evers@americanoversight.org

*Member of the MA bar only; practicing in the District of Columbia under the supervision of members of the D.C. Bar while application for D.C. Bar membership is pending.

Ellen S. Kennedy
D.C. Bar No. 461670
Elizabeth Hagerty
D.C. Bar No. 1022774
Ryan Joseph Stephenson
D.C. Bar No. 1031553
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-3231
ellen.kennedy@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
ryan.stephenson@hoganlovells.com

Jonathan Brater
NY Bar No. 5014899
(admitted *pro hac vice*)
Maximillian Feldman
NY Bar No. 5237276
(admitted *pro hac vice*)
BRENNAN CENTER FOR JUSTICE
AT NEW YORK UNIVERSITY
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8373
braterj@brennan.law.nyu.edu
feldmanm@brennan.law.nyu.edu

*Counsel for Plaintiff*

D.C. BAR # 924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE<br>AT NEW YORK UNIVERSITY<br>SCHOOL OF LAW<br><br>       *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>       *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-1841 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] BRIEFING SCHEDULE**

Upon consideration of the parties Joint Proposed Briefing Schedule, it is hereby ORDERED that this case shall proceed with the following deadlines:

1. Defendant shall file its motion for summary judgment on or before January 30, 2019

2. Plaintiff shall file its opposition and any cross-motion for summary judgment on or before February 27, 2019

3. Defendant shall file its reply and cross-opposition on or before March 27, 2019

4. Plaintiff shall file its reply on or before April 17, 2019

SO ORDERED.

Dated: _____, 2018   _____
                        AMY BERMAN JACKSON
                         United States District Judge